UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Brian C. Nicholas
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association

In Re:
Terry L. Kimmelman
Brett S. Kimmelman

Order Filed on July 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 19-11786 JNP

Chapter: 13

Hearing Date: 7/26/2022
Judge: Jerrold N. Poslusny Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

DATED: July 26, 2022

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as        48 Chancellor Park Drive, Mays Landing NJ 08330**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*