Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−11786−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brett S. Kimmelman | Terry L. Kimmelman |
| 48 Chancellor Park Drive | 48 Chancellor Park Drive |
| Mays Landing, NJ 08330 | Mays Landing, NJ 08330 |

Social Security No.:
  xxx−xx−1878                                        xxx−xx−8035

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: October 18, 2022
JAN: jpl

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-11786-JNP

Brett S. Kimmelman                                                                  Chapter 13

Terry L. Kimmelman

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                 User: admin                                          Page 1 of 4

Date Rcvd: Oct 18, 2022                        Form ID: cscnodsc                              Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brett S. Kimmelman, Terry L. Kimmelman, 48 Chancellor Park Drive, Mays Landing, NJ 08330-2049 |
| aty | + | Bayport Condominium Association, Inc., McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| aty | | Chancellor Place Association, Inc., c/o McGovern Legal Services, LLC, PO Box 1111, New Brunswick, NJ 08903-1111 |
| lm | + | Wilmington Savings Fund Society, 1114 Avenueof Americas, 27th Floor, New York, NY 10036-7772 |
| 518034102 | + | Bayport Condominium Association, Inc., c/o McGovern Legal Services, LLC., 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 517995060 | + | Best Egg Personal Loans/Cross River Bank, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 518054973 | + | Chancellor Place Association, Inc, c/o McCovern Legal Services, LLC, 850 Carolier Lane, North Brunswick NJ 08902-3312 |
| 517995065 | + | Chancellor Place Association, Inc., c/o Atlantic Realty Management, Inc., 501 Zion Road, #8, Egg Harbor Township, NJ 08234-7636 |
| 519455265 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517995071 | + | Merrill Lynch Credit Corporation, 4802 Deer Lake Drive East, Jacksonville, FL 32246-6484 |
| 518142835 | | SST as servicing agent for BEST EGG, PO Box 10587, Greenville, SC 29603-0587 |
| 517995072 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 518169424 | + | WILMINGTON SAVINGS FUND SOCIETY, Fay Servicing, LLC, 3000 Kellway Drive Suite 150, Carrollton, TX 75006-3357 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517995058 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 18 2022 20:38:00 | Barclays Bank, Post Office Box 8801, Wilmington, DE 19899-8801 |
| 517995059 | | Email/Text: lrichard@bayatlanticfcu.org | Oct 18 2022 20:38:00 | Bay Atlantic Federal Credit Union, 101 W. Elmer Road, Vineland, NJ 08360-6312 |
| 517995061 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2022 20:49:22 | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 518170363 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 18 2022 20:49:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518101236 | + | Email/Text: RASEBN@raslg.com | Oct 18 2022 20:38:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517995067 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2022 20:49:36 | Citibank - Best Buy, Post Office Box 6497, Sioux Falls, SD 57117-6497 |
| 518168852 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2022 20:49:46 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

District/off: 0312-1                          User: admin                                      Page 2 of 4

Date Rcvd: Oct 18, 2022                       Form ID: cscnodsc                                Total Noticed: 39

| 517995068 | | Email/Text: mrdiscen@discover.com | | |
| | | | Oct 18 2022 20:38:00 | Discover Financial Services, Post Office Box 15316, Wilmington, DE 19850-5316 |
| 519502548 | + | Email/Text: bkteam@selenefinance.com | | |
| | | | Oct 18 2022 20:38:00 | DLJ Mortgage Capital, Inc., c/o Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 518009943 | | Email/Text: mrdiscen@discover.com | | |
| | | | Oct 18 2022 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517995069 | | Email/Text: ECF@fayservicing.com | | |
| | | | Oct 18 2022 20:38:00 | Fay Servicing, PO Box 814609, Dallas, TX 75381-4609 |
| 517995066 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 18 2022 20:49:22 | Chase Bank, Post Office Box 15298, Wilmington, DE 19850-5298 |
| 517995070 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Oct 18 2022 20:38:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 518709424 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 18 2022 20:49:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709425 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 18 2022 20:49:35 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518166022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 18 2022 20:49:34 | Portfolio Recovery Associates, LLC, c/o American Eagle Outfitters, Inc., POB 41067, Norfolk VA 23541 |
| 518166020 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 18 2022 20:49:35 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518163212 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 18 2022 20:49:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517995073 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 18 2022 20:49:22 | Synchrony Bank, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |
| 517999401 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 18 2022 20:49:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517995074 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 18 2022 20:49:42 | Synchrony Bank - American Eagle, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |
| 518684821 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Oct 18 2022 20:38:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518684822 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Oct 18 2022 20:38:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association as, Serviced by Select Portfolio Servicing, |
| 518074172 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 18 2022 20:38:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 517995062 | * | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: cscnodsc | Total Noticed: 39 |

| 517995063 | * | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
|---|---|---|
| 517995064 | * | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 519502549 | *+ | DLJ Mortgage Capital, Inc., c/o Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| aty | ##+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517995075 | ##+ | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, c/o KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Brian C. Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel S. Shehata | on behalf of Attorney Bayport Condominium Association  Inc. Daniel.Shehata@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Pretium Mortgage Credit Partners I Loan Acquisition  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis J. McGovern, Jr. | on behalf of Attorney Chancellor Place Association  Inc. collections@theassociationlawyers.com |
| Harold N. Kaplan | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor DLJ Mortgage Capital  Inc. hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph Clemente | on behalf of Attorney Chancellor Place Association  Inc. collections@theassociationlawyers.com |
| Lynn Therese Nolan | on behalf of Creditor Fay Servicing  LLC ecfnotices@grosspolowy.com, lnolan@grosspolowy.com |
| Michael J. Milstead | on behalf of Creditor DLJ Mortgage Capital  Inc. bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| Robert A. Loefflad | on behalf of Debtor Brett S. Kimmelman rloefflad@ffhlaw.com  ghuie@ffhlaw.com |
| Robert A. Loefflad | on behalf of Joint Debtor Terry L. Kimmelman rloefflad@ffhlaw.com  ghuie@ffhlaw.com |

District/off: 0312-1                                    User: admin                                              Page 4 of 4
Date Rcvd: Oct 18, 2022                                Form ID: cscnodsc                                        Total Noticed: 39

U.S. Trustee

                  USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14