| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert A. Loefflad, Esquire<br>NJ Bar ID# 024791996<br>Ford, Flower, Hasbrouck & Loefflad<br>Post Office Box 405<br>Linwood, New Jersey 08221<br>Tel (609) 653-1500<br>Fax (609) 653-8887 | Order Filed on February 28, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Brett S. Kimmelman and Terry L. Kimmelman | Case No.: 19-11786<br>Hearing Date: _____<br>Judge: JNP<br>Chapter: 13 |

Recommended Local Form:  ☒ Followed  ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

DATED: February 28, 2023

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reopen Case to File Certification About a Financial Management Course, and any related responses or objections, it is hereby

ORDERED that:

1. The debtors' case is reopened.

2. If the debtors have not already done so, then within 14 days of the date of this order, each of the debtors must file the Certification in Support of Discharge (if this is a joint case, each debtor must file a separate Certification).

3. The debtors' discharge shall be entered upon the filing of the Certifications in Support of Discharge.

4. If the debtors fail to file the Certifications in Support of Discharge within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.