UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Brett S. Kimmelman and Terry L. Kimmelman

Case No.: 19-11786

Chapter: 13

Judge: JNP

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Brett S. Kimmelman, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☑ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

Note: Domestic support obligation arose after petition filing and after plan confirmation. Debtor is current on post-petition domestic support obligation.

I certify under penalty of perjury that the above is true.

Date: 10/28/2022

/s/ Brett S. Kimmelman
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev. 8/1/18