UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887

In Re:
Brett S. Kimmelman and Terry L. Kimmelman

Order Filed on February 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-11786
Hearing Date:
Judge: JNP
Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reopen Case to File Certification About a Financial Management Course, and any related responses or objections, it is hereby

ORDERED that:

1. The debtors' case is reopened.

2. If the debtors have not already done so, then within 14 days of the date of this order, each of the debtors must file the Certification in Support of Discharge (if this is a joint case, each debtor must file a separate Certification).

3. The debtors' discharge shall be entered upon the filing of the Certifications in Support of Discharge.

4. If the debtors fail to file the Certifications in Support of Discharge within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-11786-JNP |
| Brett S. Kimmelman | Chapter 13 |
| Terry L. Kimmelman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brett S. Kimmelman, Terry L. Kimmelman, 48 Chancellor Park Drive, Mays Landing, NJ 08330-2049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Brian C. Nicholas | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel S. Shehata | |
| | on behalf of Attorney Bayport Condominium Association  Inc. Daniel.Shehata@law.njoag.gov |
| Denise E. Carlon | |
| | on behalf of Creditor Pretium Mortgage Credit Partners I Loan Acquisition  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis J. McGovern, Jr. | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 28, 2023 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Attorney Chancellor Place Association Inc. collections@theassociationlawyers.com |
| Harold N. Kaplan | |
| | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | |
| | on behalf of Creditor DLJ Mortgage Capital Inc. hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph Clemente | |
| | on behalf of Attorney Chancellor Place Association Inc. collections@theassociationlawyers.com |
| Lynn Therese Nolan | |
| | on behalf of Creditor Fay Servicing LLC ecfnotices@grosspolowy.com, lnolan@grosspolowy.com |
| Michael J. Milstead | |
| | on behalf of Creditor DLJ Mortgage Capital Inc. bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| Robert A. Loefflad | |
| | on behalf of Joint Debtor Terry L. Kimmelman rloefflad@ffhlaw.com ghuie@ffhlaw.com |
| Robert A. Loefflad | |
| | on behalf of Debtor Brett S. Kimmelman rloefflad@ffhlaw.com ghuie@ffhlaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14