| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Brett S. Kimmelman<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–1878<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Terry L. Kimmelman<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–8035<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–11786–JNP | | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brett S. Kimmelman                                 Terry L. Kimmelman

<u>3/1/23</u>                                          **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-11786-JNP
Brett S. Kimmelman                                                                         Chapter 13
Terry L. Kimmelman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                    Page 1 of 4
Date Rcvd: Mar 01, 2023           Form ID: 3180W            Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brett S. Kimmelman, Terry L. Kimmelman, 48 Chancellor Park Drive, Mays Landing, NJ 08330-2049 |
| aty | + | Bayport Condominium Association, Inc., McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| aty | | Chancellor Place Association, Inc., c/o McGovern Legal Services, LLC, PO Box 1111, New Brunswick, NJ 08903-1111 |
| lm | + | Wilmington Savings Fund Society, 1114 Avenueof Americas, 27th Floor, New York, NY 10036-7772 |
| 518034102 | + | Bayport Condominium Association, Inc., c/o McGovern Legal Services, LLC., 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 517995060 | + | Best Egg Personal Loans/Cross River Bank, 1523 Concord Pike, Wilmington, DE 19803-3656 |
| 518054973 | + | Chancellor Place Association, Inc, c/o McCovern Legal Services, LLC, 850 Carolier Lane, North Brunswick NJ 08902-3312 |
| 517995065 | + | Chancellor Place Association, Inc., c/o Atlantic Realty Management, Inc., 501 Zion Road, #8, Egg Harbor Township, NJ 08234-7636 |
| 519455265 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517995071 | + | Merrill Lynch Credit Corporation, 4802 Deer Lake Drive East, Jacksonville, FL 32246-6484 |
| 518142835 | | SST as servicing agent for BEST EGG, PO Box 10587, Greenville, SC 29603-0587 |
| 517995072 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 518169424 | + | WILMINGTON SAVINGS FUND SOCIETY, Fay Servicing, LLC, 3000 Kellway Drive Suite 150, Carrollton, TX 75006-3357 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517995058 | | EDI: TSYS2 | Mar 02 2023 01:50:00 | Barclays Bank, Post Office Box 8801, Wilmington, DE 19899-8801 |
| 517995059 | | Email/Text: lrichard@bayatlanticfcu.org | Mar 01 2023 20:57:00 | Bay Atlantic Federal Credit Union, 101 W. Elmer Road, Vineland, NJ 08360-6312 |
| 517995061 | | EDI: CAPITALONE.COM | Mar 02 2023 01:50:00 | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 518170363 | + | EDI: AIS.COM | Mar 02 2023 01:50:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518101236 | + | Email/Text: RASEBN@raslg.com | Mar 01 2023 20:56:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517995067 | + | EDI: CITICORP.COM | Mar 02 2023 01:50:00 | Citibank - Best Buy, Post Office Box 6497, Sioux Falls, SD 57117-6497 |
| 518168852 | + | EDI: CITICORP.COM | Mar 02 2023 01:50:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517995068 | | EDI: DISCOVER.COM | Mar 02 2023 01:50:00 | Discover Financial Services, Post Office Box 15316, Wilmington, DE 19850-5316 |
| 519502548 | + | Email/Text: bkteam@selenefinance.com | Mar 01 2023 20:57:00 | DLJ Mortgage Capital, Inc., c/o Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 518009943 | | EDI: DISCOVER.COM | Mar 02 2023 01:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517995069 | | Email/Text: ECF@fayservicing.com | Mar 01 2023 20:57:00 | Fay Servicing, PO Box 814609, Dallas, TX 75381-4609 |
| 517995066 | | EDI: JPMORGANCHASE | Mar 02 2023 01:50:00 | Chase Bank, Post Office Box 15298, Wilmington, DE 19850-5298 |
| 517995070 | + | EDI: LENDNGCLUB | Mar 02 2023 01:50:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 518709424 | | EDI: PRA.COM | Mar 02 2023 01:50:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709425 | | EDI: PRA.COM | Mar 02 2023 01:50:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518166022 | | EDI: PRA.COM | Mar 02 2023 01:50:00 | Portfolio Recovery Associates, LLC, c/o American Eagle Outfitters, Inc., POB 41067, Norfolk VA 23541 |
| 518166020 | | EDI: PRA.COM | Mar 02 2023 01:50:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518163212 | + | EDI: RMSC.COM | Mar 02 2023 01:50:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517995073 | | EDI: RMSC.COM | Mar 02 2023 01:50:00 | Synchrony Bank, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |
| 517999401 | + | EDI: RMSC.COM | Mar 02 2023 01:50:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517995074 | | EDI: RMSC.COM | Mar 02 2023 01:50:00 | Synchrony Bank - American Eagle, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |
| 518684821 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 01 2023 20:58:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518684822 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 01 2023 20:58:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association as, Serviced by Select Portfolio Servicing, |
| 518074172 | + | Email/Text: RASEBN@raslg.com | Mar 01 2023 20:56:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 517995062 | * | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |

| | | |
|---|---|---|
| 517995063 | * | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 517995064 | * | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 519502549 | *+ | DLJ Mortgage Capital, Inc., c/o Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| aty | ##+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517995075 | ##+ | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, c/o KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2023                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Brian C. Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel S. Shehata | on behalf of Attorney Bayport Condominium Association  Inc. Daniel.Shehata@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Pretium Mortgage Credit Partners I Loan Acquisition  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis J. McGovern, Jr. | on behalf of Attorney Chancellor Place Association  Inc. collections@theassociationlawyers.com |
| Harold N. Kaplan | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor DLJ Mortgage Capital  Inc. hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph Clemente | on behalf of Attorney Chancellor Place Association  Inc. collections@theassociationlawyers.com |
| Lynn Therese Nolan | on behalf of Creditor Fay Servicing  LLC ecfnotices@grosspolowy.com, lnolan@grosspolowy.com |
| Michael J. Milstead | on behalf of Creditor DLJ Mortgage Capital  Inc. bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| Robert A. Loefflad | on behalf of Debtor Brett S. Kimmelman rloefflad@ffhlaw.com  ghuie@ffhlaw.com |
| Robert A. Loefflad | on behalf of Joint Debtor Terry L. Kimmelman rloefflad@ffhlaw.com  ghuie@ffhlaw.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Mar 01, 2023 | Form ID: 3180W | Total Noticed: 39

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14